United States District Court
District of Massachusetts

| | |
|---|---|
| Steven Sandoe, <br><br> Plaintiff, <br><br> v. <br><br> Boston Scientific Corporation, <br><br> Defendant. | Civil Action No. <br> 18-11826-NMG |

MEMORANDUM & ORDER

GORTON, J.

The parties' joint motion to schedule a hearing on all pending motions for October 17, 2019 at 3:00 P.M. (Docket Entry No. 113) is **ALLOWED, in part,** and **DENIED, in part**. The hearing on October 17 will be devoted to plaintiff's pending motion for class certification (Docket Entry No. 39). The parties will have 20 minutes each to argue their respective positions and 10 minutes each for rebuttal. To the extent counsel wish to allocate some of their assigned time to other pending motions, they may do so but the Court is primarily concerned with the certification question at this time.

**So ordered.**

/s/ Nathaniel M. Gorton
Nathaniel M. Gorton
United States District Judge

Dated October 3, 2019