**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| STEVEN SANDOE, individually and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>v.<br><br>BOSTON SCIENTIFIC CORPORATION,<br><br>  Defendant. | Case No. 1:18-cv-11826-NMG |

**SUPPLEMENTAL REBUTTAL EXPERT REPORT**
**BY JAN KOSTYUN DATED AUGUST 19, 2019**

**FILED UNDER SEAL AND IMPOUNDED**
**PURSUANT TO THE COURT'S ORDER AT DKT. 98**