UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEVEN SANDOE, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>BOSTON SCIENTIFIC CORPORATION,<br><br>    Defendant. | Case No. 1:18-cv-11826-NMG |

## THE PARTIES' SUPPLEMENTAL JOINT STATUS REPORT REGARDING MEDIATION

On December 4, 2018, the Court ordered the parties to file a Joint Status Report Regarding Mediation by August 15, 2019.

On August 15, 2019, the parties filed a Joint Status Report Regarding Mediation indicating that the parties were scheduled for a full-day mediation with the Honorable James Holderman (Ret.), of JAMS, on October 23, 2019, in Chicago.

Plaintiff's Motion for Class Certification was heard on October 17, 2019.

In preparation for the mediation, Boston Scientific concluded it would be unproductive for the parties to mediate at this time, as Plaintiff indicated that it would be unproductive to participate in a full-day mediation with Judge Holderman if Boston Scientific was not willing to discuss a class-wide settlement and Boston Scientific is unwilling to settle on a class-wide basis prior to the Court's decision on Plaintiff's Class Certification Motion. Accordingly, Boston Scientific notified both Plaintiff and Judge Holderman, and the October 23, 2019 mediation was cancelled.

The parties will discuss whether and when to reschedule mediation after the Court decides Plaintiff's Class Certification Motion.

Dated: October 23, 2019          Respectfully submitted and agreed to by:

**BOSTON SCIENTIFIC CORPORATION**

By its attorneys,

/s/ *Troy K. Lieberman*
Daniel Deane (BBO # 568694)
ddeane@nixonpeabody.com
Troy K. Lieberman (BBO # 681755)
tlieberman@nixonpeabody.com
NIXON PEABODY LLP
Exchange Place
53 State Street
Boston, MA 02109
T: (617) 345-1000
F: (617) 345-1300

Erin L. Hoffman (*pro hac vice*)
erin.hoffman@faegrebd.com
Nathan Brennaman (*pro hac vice*)
nate.brennaman@faegrebd.com
Faegre Baker Daniels LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402-3901
T: 612-766-7000
F: 612-766-1600

**STEVEN SANDOE**, individual and on behalf of those similarly situated individuals

By his attorneys:

/s/ *Jason R. Campbell*
Jason R. Campbell
250 First Avenue, Unit 602
Charlestown, MA 02129
(617) 872-8652
jasonrcampbell@ymail.com

                    Avi R. Kaufman (*pro hac vice*)
                    kaufman@kaufmanpa.com
                    KAUFMAN P.A.
                    400 NW 26th Street
                    Miami, Florida 33127
                    T:  (305) 469-5881

**CERTIFICATE OF SERVICE**

     I hereby certify that a true copy of the above document was served upon all parties registered for electronic notification via the Court's electronic filing system on October 23, 2019.

                     */s/ Troy K. Lieberman*
                    Troy K. Lieberman