# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Steven Sandoe

                    Plaintiff

                                                    CIVIL ACTION NO.:

            v.                                      18-cv-11826-NMG


Boston Scientific Corporation
                    Defendant.
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **JUDGMENT**
January 8, 2020

Gorton, .D.J.

    In accordance with the Memorandum and Order entered on January 08, 2020,

ALLOWING Motion for Summary Judgment ECF 58.

    JUDGMENT is entered for the Defendant Boston Scientific Corporation.


SO ORDERED.


                            /s/ Nathaniel M. Gorton

                            NATHANIEL M. GORTON

                            United States District Judge